IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| Lauren W Smith | Case No.: 25-12863 |
| | Chapter 13 |
| | Judge Ashely M. Chan |
| Debtor(s) | * * * * * * * * * * * * * * * * * * |
| | |
| JPMorgan Chase Bank, N.A. | |
| Movant, | Date and Time of Hearing |
| | Place of Hearing |
| vs | September 2, 2025 at 11:00 a.m. |
| | |
| Lauren W Smith | U.S. Bankruptcy Court |
| Yvonne Banks | 900 Market Street, Suite 400, Courtroom #4 |
| Kenneth E. West | Philadelphia, PA, 19107 |
| Respondents. | |

### MOTION OF JPMORGAN CHASE BANK, N.A. FOR RELIEF FROM THE AUTOMATIC STAY AND CODEBTOR STAY REGARDING THE PERSONAL PROPERTY KNOWN AS 2022 BMW 8 SERIES, VIN WBAGV4C01NCH75724 WITH 30-DAY WAIVER

JPMorgan Chase Bank, N.A. (the "Creditor"), by and through the undersigned counsel, files this Motion for Relief from the Automatic Stay and from the Codebtor Stay pursuant to 11 U.S.C. § 362, 11 U.S.C. § 1301, and other sections of Title 11 of the United States Code, and under Federal Rules of Bankruptcy Procedure 4001 and 6007 for an order conditioning, modifying, annulling, or dissolving the automatic stay, averring as follows.

1. This is an action arising pursuant to a case under Title 11 of the United States Code.

2. Creditor is a lending institution duly authorized to conduct business in the Commonwealth of Pennsylvania.

3. Creditor is a party-in-interest in the above referenced Bankruptcy matter as it is a secured creditor of the Debtor.

25-019376_EJS1

4. The Court has jurisdiction over this matter under 28 U.S.C §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2). The venue of this case and this Motion is proper under 28 U.S.C. §§ 1408 and 1409.

5. On July 21, 2022, Lauren Smith (the "Debtor") and Yvonne Banks (the "Codebtor") obtained a loan from JPMorgan Chase Bank NA, or its predecessor-in-interest, in the amount of $83,274.07 for the purchase of a 2022 BMW 8 Series, VIN WBAGV4C01NCH75724 ("Collateral"). Debtor and Codebtor agreed to make periodic payments to JPMorgan Chase Bank NA, or its predecessor-in-interest. Such loan was evidenced by a Retail Installment Sale Contract - Simple Finance Charge (with Arbitration Provision) (the "Contract"), a copy of which is attached hereto as Exhibit A.

6. To secure payment of the Contract, Debtor and Codebtor delivered the Commonwealth of Pennsylvania Certificate of Title for a Vehicle (the "Title") to the Collateral to Creditor or Creditor's predecessor-in-interest. On or about September 26, 2022, Creditor or Creditor's predecessor-in-interest perfected its security interest in the Collateral by delivering the Title along with the appropriate application and fees to the Department of Transportation of the Commonwealth in accordance with Pa.C.S. § 1132.1(a). As a result, Creditor has a valid security interest in the Collateral. A copy of the Title is attached hereto as Exhibit B.

7. Creditor believes the clean retail value of the Collateral is $53,000.00 based upon the J.D. POWER Used Cars/Trucks guide dated July 24, 2025, a copy of which is attached hereto as Exhibit C.

8. On July 17, 2025, Debtor filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code ("Petition").

25-019376_EJS1

9. Post-petition payments have not been received, therefore no post-petition payment history is attached.

10. Debtor's Chapter 13 Plan ("Plan") hasn't been filed yet. A motion to extend time to file documents was filed with the court on July 30, 2025.

11. The Creditor took possession of the Collateral on July 10, 2025, a week prior to the bankruptcy filing date of July 17, 2025.

12. Debtor and Codebtor have failed to make full post-petition payments in the amount of $1,399.43 for the past month as of July 24, 2025 and is in post-petition default in the amount of $1,399.43. Debtor and Codebtor were in pre-petition default prior to bankruptcy filing for the months of December 20, 2024 through June 20, 2025.

13. As of July 24, 2025, there is currently due and owing on the Contract the outstanding principal balance of $55,331.16, plus interest accruing thereon at the rate of 0.00% per annum. The total amount due is broken down as follows:

**Total Loan Balance**

| Description | Amount |
|---|---|
| Principal | $55,331.16 |
| Interest | $0.00 |
| Late charges | $0.00 |
| Other Fees | $0.00 |
| Less Contractual Suspense Funds | $(0.00) |

Total: $55,331.16

14. Creditor seeks relief from the automatic stay pursuant to 11 U.S.C. § 362(d) to proceed under applicable nonbankruptcy law to enforce its remedies to repossess and sell the Collateral.

15. Creditor is entitled to relief from the automatic stay for the following reason(s):

25-019376_EJS1

    a.       Creditor lacks adequate protection of its secured interest in the Collateral pursuant to 11 USC § 362(d)(1) as a result of Debtor's failure to make payments when due and due to Creditor taking possession of the Collateral prior to bankruptcy filing.

WHEREFORE, JPMorgan Chase Bank, N.A. respectfully requests this Honorable Court to enter an order terminating the Automatic stay and the Codebtor Stay as it affects the interests of JPMorgan Chase Bank, N.A. in the Collateral, and granting such other relief as this Honorable Court may deem just. Creditor further requests that Rule 4001(a)(4) be waived so that an Order Granting Relief from the Automatic Stay will take immediate effect.

Respectfully submitted,

/s/ Adam B. Hall

Adam B. Hall, Esquire (323867)
MDK Legal
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is ABHall@mdklegal.com

25-019376_EJS1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 25-12863 |
| Lauren W Smith | : | Chapter 13 |
| | : | Judge Ashely M. Chan |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * |
| | : | |
| JPMorgan Chase Bank, N.A. | : | Date and Time of Hearing |
| Movant, | : | Place of Hearing |
| | : | September 2, 2025 at 11:00 a.m. |
| vs | : | |
| | : | U.S. Bankruptcy Court |
| Lauren W Smith | : | 900 Market Street, Suite 400, Courtroom #4 |
| Yvonne Banks | : | Philadelphia, PA, 19107 |
| Kenneth E. West | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Motion of JPMorgan Chase Bank, N.A. for Relief from the Automatic Stay and Codebtor Stay regarding the Personal Property known as 2022 BMW 8 Series, VIN WBAGV4C01NCH75724 with 30-day waiver was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

KENNETH E. WEST, Office of the Chapter 13 Standing Trustee, ecfemails@ph13trustee.com

BRAD J. SADEK, Attorney for Lauren W Smith, brad@sadeklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Lauren W Smith, 1607 S. 53rd Street, Philadelphia, PA  19143

25-019376_EJS1

Yvonne Banks, 1621 Harrison St, Philadelphia, PA  19124

/s/ Adam B. Hall
_____

25-019376_EJS1